IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMILLE BROWN,** | : | **CIVIL NO.  1:13-1796** |
| **Plaintiff** | : | |
| | : | **(Judge Rambo)** |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

### M E M O R A N D U M

On March 7, 2014, this court issued an order (Doc. 13) dismissing this social security disability appeal for failure to file a brief in support of that appeal. Prior to that order, on January 31, 2014, Plaintiff filed a document entitled "Motion for Leave to File Mental Health Hospitalization Records" (Doc. 10).  Plaintiff failed to file a certificate of concurrence or nonconcurrence with that motion pursuant to Middle District Local Rule 7.5.  By order dated February 7, 2014 (Doc. 11), Plaintiff was given until February 14, 2014 to file such a certificate.  Plaintiff failed to file said certificate thereby an order issued striking the motion (Doc.12).

On March 7, 2014, Plaintiff filed a motion for enlargement of time to file certificate of concurrence or nonconcurrence (Doc. 15) and a motion for reconsideration of the court's order of February 25, 2014 (Doc. 14).  By order dated March 17, 2014 (Doc. 16), in recognition of the difficulty Plaintiff had in seeking a certificate of concurrence, this court gave Plaintiff an opportunity to file an appropriate motion.  In the March 17, 2014, order, the court pointed out that the case was closed and that Plaintiff had failed to timely file a brief in support of her appeal. Plaintiff was given an opportunity to file an appropriate motion and brief.

On March 28, 2014, Plaintiff filed a motion for summary judgment and a brief in support of that motion (Doc. 17).  This is not an appropriate motion to file in a

case that has been closed.  Plaintiff will be given one last opportunity to file an appropriate motion and supporting brief, i.e., a motion reopen the case.  In that motion, Plaintiff shall set forth the reasons for non-compliance with the Middle District Standing Practice Order which requires a timely brief in support of her appeal. (*See* Doc. 3.)

        An appropriate order will be issued.


                                      s/Sylvia H. Rambo
                                     United States District Judge

Dated:  April 2, 2014.